UNITED STATES DISTRICT COURT
EASTER DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

JACQUELINE VERSER,

                    Plaintiff,

          v.
                                                        Case No. 20-cv-649

CARING WITH HONOR, LLC,

                    Defendant.

## STIPULATION

          Plaintiff, Jacqueline Verser, by her attorneys, Walcheske & Luzi, LLC, and Defendant,

Caring With Honor, LLc, by its attorneys, Reinhart Boerner Van Deuren s.c. (collectively, the

"Parties"), pursuant to Civil L. R. 26(e)(1), hereby stipulate and state as follows:

          1.       The Parties possess information that they believe in good faith contains trade

secrets or nonpublic confidential technical, commercial, financial, personal, or business

information, which requires limiting access to the information consistent with the provisions of

the Protective Order;

          2.       Entry of the Protective Order will facilitate discovery in this litigation,

particularly the exchange of documents, things, information, testimony, and other evidence that

the Parties consider proprietary, confidential, private, and/or sensitive information;

          3.       The exchange of sensitive information between or among the Parties and/or third

parties other than pursuant to the Protective Order may cause unnecessary damage and injury to

the Parties or to others;

44118157

4.    The Proposed Protective Order conforms to the model in the Appendix to the Local Rules for the U.S. District Court for the Eastern District of Wisconsin; and

5.    The Parties stipulate and agree to abide by the terms of the Protective Order once it is filed with the Court.

Dated this 28th day of August, 2020.

| | |
|---|---|
| Reinhart Boerner Van Deuren s.c. | *Electronically signed by Laura L. Ferrari* |
| 1000 North Water Street, Suite 1700 | Robert S. Driscoll |
| Milwaukee, WI 53202 | WI State Bar ID No. 1071461 |
| Telephone:  414-298-1000 | Rdriscoll@reinhartlaw.com |
| Facsimile:  414-298-8097 | Brittany Lopez Naleid |
| | WI State Bar ID No. 1065846 |
| Mailing Address: | bnaleid@reinhartlaw.com |
| P.O. Box 2965 | Laura L. Ferrari |
| Milwaukee, WI 53201-2965 | lferrari@reinhartlaw.com |
| | |
| | Attorneys for Defendant |
| | |
| | |
| Walcheske & Luzi, LLC | *Electronically signed by Scott S. Luzi* |
| 15850 W. Bluemound Road, Suite 304 | Scott S. Luzi |
| Brookfield, Wisconsin 53005 | WI State Bar ID No. 1067405 |
| Telephone: 262- 780-1953 | Sluzi@walcheskeluzi.com |
| Facsimile: 262-565-6469 | David M. Potteiger |
| | WI State Bar ID No. 1067009 |
| | Dpotteiger@walcheskeluzi.com |
| | |
| | Counsel for Plaintiff |

2