UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

JACQUELINE VERSER
on behalf of herself and all
others similarly situated,

      Plaintiff,

v.

CARING WITH HONOR LLC

      Defendant

Case No. 20-cv-649

---

## STIPULATION OF DISMISSAL

The parties hereby stipulate that, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), all claims and causes of action may be dismissed upon the merits, with prejudice and without costs to either party.

Dated: January 26, 2021

| | |
|---|---|
| ***s/ David M. Potteiger*** | ***s/ Robert S. Driscoll*** |
| James A. Walcheske, SBN 1065635 | Brittany Lopez Naleid, SBN 1065846 |
| Scott S. Luzi, SBN 1067405 | Robert S. Driscoll, SBN 1071461 |
| David M. Potteiger, SBN 1067009 | Laura L. Ferrari, SBN 1099056 |
| | |
| Walcheske & Luzi, LLC | Reinhart Boerner Van Deuren, S.C |
| 235 N. Executive Drive, Suite 240 | 1000 N. Water Street, Suite 1700 |
| Brookfield, Wisconsin 53005 | Milwaukee, WI  53202 |
| | |
| Telephone: (262) 780-1953 | Telephone: (414) 298-8272 |
| | |
| Email: jwalcheske@walcheskeluzi.com | Email: bnaleid@reinhartlaw.com |
| Email: sluzi@walcheskeluzi.com | Email: rdriscoll@reinhartlaw.com |
| Email: dpotteiger@walcheskeluzi.com | Email: lferrari@reinhartlaw.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |